|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | FILED |
| FOR THE NINTH CIRCUIT | DEC 18 2013<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| DC COMICS,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>PACIFIC PICTURES CORPORATION; et al.,<br><br>        Defendants - Appellants. | No. 12-57245<br><br>D.C. No. 2:10-cv-03633-ODW-RZ<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: REINHARDT and THOMAS, Circuit Judges, and SEDWICK, District Judge.[*]

Appellants' request for publication of the disposition is DENIED.

---

[*] The Honorable John W. Sedwick, District Judge for the U.S. District Court for the District of Alaska, sitting by designation.