UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 21 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DC COMICS,

      Plaintiff - Appellee,

v.

PACIFIC PICTURES CORPORATION; et al.,

      Defendants - Appellants.

No. 12-57245

D.C. No. 2:10-cv-03633-ODW-RZ
Central District of California,
Los Angeles

ORDER

Before: REINHARDT and THOMAS, Circuit Judges, and SEDWICK, District Judge.[*]

    The panel has voted unanimously to deny the petition for rehearing. Judges Reinhardt and Thomas have voted to deny the petition for rehearing en banc, and Judge Sedwick so recommends. The full court was advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R.App. P. 35. The petition for rehearing and the petition for rehearing en banc are **DENIED**. No further petitions for panel or en banc rehearing will be entertained.

---

    [*]    The Honorable John W. Sedwick, District Judge for the U.S. District Court for the District of Alaska, sitting by designation.